should be applied with considerable caution and circumspection. *People v. Taylor* (1965), 33 Ill.2d 417, 211 N.E.2d 673; *People v. Caldwell* (1968), 39 Ill.2d 346, 236 N.E.2d 706.

■■■ For the reasons stated, the judgment of the circuit court of Cook County as to the armed robbery conviction is affirmed. The minimum terms for the three burglary convictions are reduced from ten years to six years and eight months, and, as modified, the burglary convictions are affirmed.

Judgments affirmed as modified.

DEMPSEY, P. J., and McGLOON, J., concur.

---

JUDSON H. EDIDIN *et al.*, d/b/a GRAND-YORK CURRENCY EXCHANGE, Plaintiffs-Appellees, *v.* C. AUSTIN MONTGOMERY, Director of Financial Institutions, *et al.*, Defendants-Appellants.

(No. 58547;

First District (3rd Division)—November 15, 1973.

PER CURIAM.

MEJDA, J., took no part.

Robert Cahill, of Duffy and Jordan, of Chicago, for appellant Thillens, Inc.

Edward M. White, of Carey, Filter & White, of Chicago, for appellees.

WAYNE JOHNSON, Plaintiff-Appellant, *v.* PAPILLON, INC., Defendant-Appellee.

(No. 58881;

First District (3rd Division)—November 15, 1973.